# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
SCILEX PHARMACEUTICALS INC.

**(b)** County of Residence of First Listed Plaintiff: Santa Clara
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Steven N. Feldman, Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071, 1.213.485.1234
David K. Callahan, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, 1.312.876.7700
Matthew W. Walch, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, 1.312.876.7700
Sophia L. Méndez, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, 1.312.876.7700

## DEFENDANTS
SANOFI-AVENTIS U.S. LLC and HISAMITSU AMERICA, INC.

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question *(U.S. Government Not a Party)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 840 Trademark

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1125(a) - Lanham Act - False Advertising and Unfair Competition
Brief description of cause:
False and deceptive advertising of over-the-counter lidocaine patch products

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S), IF ANY
JUDGE: 
DOCKET NUMBER:

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)
[X] SAN JOSE

DATE: 02/23/2021
SIGNATURE OF ATTORNEY OF RECORD: /s/ Steven N. Feldman